Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama    [▼]

Southern Division

)        Case No.    23-CV-215-TFM-MU
)                    *(to be filled in by the Clerk's Office)*
MICHAEL THOMAS                   )
                                 )
*Plaintiff(s)*                   )
*(Write the full name of each plaintiff who is filing this complaint.*   )   Jury Trial: *(check one)*   ☐ Yes   ☑ No
*If the names of all the plaintiffs cannot fit in the space above,*   )
*please write "see attached" in the space and attach an additional*   )
*page with the full list of names.)*   )
-v-                              )
                                 )
                                 )
                                 )
ALL IN CREDIT UNION              )
                                 )
*Defendant(s)*                   )
*(Write the full name of each defendant who is being sued. If the*   )
*names of all the defendants cannot fit in the space above, please*   )
*write "see attached" in the space and attach an additional page*   )
*with the full list of names.)*   )

AMENDED    **COMPLAINT FOR A CIVIL CASE**

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL THOMAS |
| Street Address | 805 Morningview Dr |
| City and County | Thomasville |
| State and Zip Code | AL 36784 |
| Telephone Number | 334-830-0734 |
| E-mail Address | Kingvyrus @ gmail. com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          ALL IN CREDIT UNION

Job or Title *(if known)*

Street Address                P.O. Box Drawer 8

City and County               Daleville

State and Zip Code            AL 36322

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question              [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Bill of Exchange Act, 12 USC 1431, Cestui Que Vie Act, 15 USC 1615, 15 USC 1605

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Breach of Contract

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want to endorse my remit slip every month for set off, I want my credit card back open and available for use, I want interest and equity that's owed to my principal, I want title to vehicle, refund of every payment made over one dollar.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-14-2023

Signature of Plaintiff

Printed Name of Plaintiff    Michael Thomas

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

ALABAMA POWER OF ATTORNEY FORM

IMPORTANT INFORMATION

This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975.

This power of attorney does not authorize the agent to make health care decisions for you. Such powers are governed by other applicable law.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

Your agent is entitled to reimbursement of reasonable expenses and reasonable compensation unless you state otherwise in the Special Instructions.

This form provides for designation of one agent. If you wish to name more than one agent you may name a co-agent in the Special Instructions. Co-agents are not required to act together unless you include that requirement in the Special Instructions.

If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

This power of attorney becomes effective immediately unless you state otherwise in the Special Instructions.

If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.

DESIGNATION OF AGENT

I MICHAEL THOMAS

(Name of Principal)

name the following person as my agent:

Name of Agent: _Michael Thomas_

Agent's Address: _805 Morningview Dr, Thomasville, AL 36784_

Agent's Telephone Number: _334 830 0734_

DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my agent is unable or unwilling to act for me, I name as my successor agent:

Name of Successor Agent: _none_

Successor Agent's Address:_____

Successor Agent's Telephone Number:_____

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:

Name of Second Successor Agent: _none_

Second Successor Agent's Address:_____

Second Successor Agent's Telephone Number:_____

GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975:

If you wish to grant general authority over all of the subjects enumerated in this section you may SIGN here:

_£ MICHAEL THOMAS_

(Signature of Principal)

OR

If you wish to grant specific authority over less than all subjects enumerated in this section you must INITIAL by each subject you want to include in the agent's authority:

_____Real Property as defined in Section 26-1A-204

_____Tangible Personal Property as defined in Section 26-1A-205

_____Stocks and Bonds as defined in Section 26-1A-206

_____Commodities and Options as defined in Section 26-1A-207

_____Banks and Other Financial Institutions as defined in Section 26-1A-208

_____Operation of Entity or Business as defined in Section 26-1A-209

_____Insurance and Annuities as defined in Section 26-1A-210

_____Estates, Trusts, and Other Beneficial Interests as defined in Section 26-1A-211

_____Claims and Litigation as defined in Section 26-1A-212

_____Personal and Family Maintenance as defined in Section 26-1A-213

_____Benefits from Governmental Programs or Civil or Military Service as defined in Section 26-1A-214

_____Retirement Plans as defined in Section 26-1A-215

_____Taxes as defined in Section 26-1A-216

_____Gifts as defined in Section 26-1A-217

GRANT OF SPECIFIC AUTHORITY (OPTIONAL)

My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL the specific authority you WANT to give your agent.)

__MT__ Create, amend, revoke, or terminate an inter vivos trust, by trust or applicable law

M-T  Make a gift to which exceeds the monetary limitations of Section 26-1A-217 of the Alabama Uniform Power of Attorney Act, but subject to any special instructions in this power of attorney

MT  Create or change rights of survivorship

MT  Create or change a beneficiary designation

MT  Authorize another person to exercise the authority granted under this power of attorney

MT  Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan

MT  Exercise fiduciary powers that the principal has authority to delegate

LIMITATIONS ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse, or descendant MAY NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support unless I have included that authority in the Special Instructions.

Limitation of Power. Except for any special instructions given herein to the agent to make gifts, the following shall apply:

(a) Any power or authority granted to my Agent herein shall be limited so as to prevent this Power of Attorney from causing any Agent to be taxed on my income or from causing my assets to be subject to a "general power of appointment" by my Agent as defined in 26 U.S.C. §2041 and 26 U.S.C. §2514 of the Internal Revenue Code of 1986, as amended.

(b) My Agent shall have no power or authority whatsoever with respect to any policy of insurance owned by me on the life of my Agent, or any trust created by my Agent as to which I am a trustee.

SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines. For your protection, if there are no special instructions write NONE in this section.

NONE

_____

_____

_____

_____

_____

## EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

## NOMINATION OF [CONSERVATOR OR GUARDIAN] (OPTIONAL)

If it becomes necessary for a court to appoint a [conservator or guardian] of my estate or [guardian] of my person, I nominate the following person(s) for appointment:

Name of Nominee for [conservator or guardian] of my estate: _NONE_____

Nominee's Address:_____

Nominee's Telephone Number:_____

Name of Nominee for [guardian] of my person: _____

Nominee's Address: _____

Nominee's Telephone Number: _____

## RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

## SIGNATURE AND ACKNOWLEDGMENT

x _MICHAEL THOMAS_____

(Signature of Principal)

Your Signature Date: _Michael Dr_ 4-10-2023

Your Name Printed: _Michael Thomas_

Your Address: _805 Morningview Dr, Thomasville, AL 36784_

Your Telephone Number: _334-830-0739_

State of _Alabama_

[County] of _Clarke_

I, _Angela Lewis_, a Notary Public, in and for the County in this State, hereby certify that _Michael Thomas_, whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he or she executed the same voluntarily on the day the same bears date.

Given under my hand this the _10th_ day of _April_, 20 _23_.

_____ (Seal, if any)

Signature of Notary _Angela Lewis_

My commission expires: _04/22/2024_

[This document prepared by:

_MICHAEL THOMAS_                              ]

IMPORTANT INFORMATION FOR AGENT

Agent's Duties

When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the power of attorney is terminated or revoked. You must:

(1) do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;

(2) act in good faith;

(3) do nothing beyond the authority granted in this power of attorney; and

(4) disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

(Principal's Name) by (Your Signature) as Agent

Unless the Special Instructions in this power of attorney state otherwise, you must also:

(1) act loyally for the principal's benefit;

(2) avoid conflicts that would impair your ability to act in the principal's best interest;

(3) act with care, competence, and diligence;

(4) keep a record of all receipts, disbursements, and transactions made on behalf of the principal;

(5) cooperate with any person that has authority to make health care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and

(6) attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

(1) death of the principal;

(2) the principal's revocation of the power of attorney or your authority;

(3) the occurrence of a termination event stated in the power of attorney;

(4) the purpose of the power of attorney is fully accomplished; or

(5) if you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

Liability of Agent

The meaning of the authority granted to you is defined in the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975. If you violate the Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975, or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.

*(Act 2011-683, p. 2015, §1.)*

**Agent's certification.**

AGENT'S CERTIFICATION AS TO THE VALIDITY OF POWER OF ATTORNEY AND AGENT'S AUTHORITY

State of _____Alabama_____

[County] of_____Clarke_____

I, __Michael Thomas_____ (Name of Agent), [certify] under penalty of perjury that __MICHAEL THOMAS_____

(Name of Principal)

granted me authority as an agent or successor agent in a power of attorney dated _April 10, 2023_____.

I further [certify] that to my knowledge:

(1) the Principal is alive and has not revoked the Power of Attorney or my authority to act under the Power of Attorney and the Power of Attorney and my authority to act under the Power of Attorney have not terminated;

(2) if the Power of Attorney was drafted to become effective upon the happening of an event or contingency, the event or contingency has occurred;

(3) if I was named as a successor agent, the prior agent is no longer able or willing to serve;

SIGNATURE AND ACKNOWLEDGMENT

_____

Agent's Signature Date:

_Michael_____ 4-10-2023_____

Agent's Name Printed:

_Michael Thomas_____

Agent's Address:

805 Morningview Dr, Thomasville, AL 36784

Agent's Telephone Number:

334- 830- 0734

This document was acknowledged before me on

April 10, 2023                                                    ,

(Date)

by Michael Thomas                                                .

(Name of Agent)

_____ (Seal, if any)

Signature of Notary Angela Lewis

My commission expires: _____04/22/2024_____

[This document prepared by:

MICHAEL THOMAS                                   ]

(Act 2011-683, p. 2015, §1.)

# Affidavit

On the 9TH day of May 2023, I, Thomas, Michael/agent, on behalf of MICHAEL THOMAS/Principal, hereby accept all titles, rights, intertest and equity owed to MICHAEL THOMAS/Principal. I hereby instruct the CFO of ALL IN CREDIT UNION, Brant Malone, to transfer the principal's balance to the principal's account# 303642723 for set off. I instruct the CFO, Brant Malone, to communicate in writing within five (5) business days once instructions are completed. If instructions are not completed, I instruct the CFO, Brant Malone, to respond in writing within five (5) business days giving reason for non-performance of fiduciary duties. If no written communication is made within five (5) business days I, Thomas, Michael/agent on behalf of MICHAEL THOMAS/PRINCIPAL can assume the instructions have been completed.

*Michael Thomas 5-9-2023*

Agent Signature and Date

*Michael Thomas*

Agent Printed Name

ATTN: Brant Malone

Opportunity to Cure

May 16, 2023

Dear Brant Malone,

I, Thomas, Michael, the agent on behalf of the principal MICHAEL THOMAS have sent a POA with instructions on May 9, 2023, for you, Brant Malone, the CFO of All In Credit Union to transfer the principal's balance to the principal's account# 303642723 for set off. Fiduciary duties were not performed and if you wish to not perform your fiduciary duties, I would like a reply within five business days giving reason for non-performance of fiduciary duties.

Michael Thomas/Agent

ATTN: Brant Malone

Default Notice

May 24, 2023

Dear Brant Malone,

I, Thomas, Michael, the agent on behalf of the principal MICHAEL THOMAS have sent a POA with instructions on May 6 and May 16, 2023, for you, Brant Malone, the CFO of All In Credit Union to transfer the principal's balance to the principal's account# 303642723 for set off. Fiduciary duties were not performed and if you wish to not perform your fiduciary duties, I would like a reply within five business days giving reason for non-performance of fiduciary duties.

Michael Thomas/Agent

Page 1 of 2

**All in CREDIT UNION** P.O. DRAWER 8
DALEVILLE, AL 36322

334.598.4411 | www.allincu.com

| Member Number | Statement Date |
|---|---|
| xxxxxx3391 | 03-31-2023 |

Summary at a Glance
Total Deposits $0.02
Total Loans $75,504.45

*(handwritten)* Account number 303642723

*(handwritten)* Accepted For deposit Pay on demand

MICHAEL J THOMAS
89 SANDPIT RD
PINE HILL AL 36769

*(handwritten)* Seventy five thousand + five hundred four dollars 45/100

*(handwritten)* Payable to bearer

*(handwritten)* By: Thomas, michael /agent
For MICHAEL THOMAS /Principal



**All in CREDIT UNION    SAVE BIG**

VARIABLE RATE CERTIFICATE
automatically increases your earnings as rates change

Learn more at allincu.com

## Summary of Accounts:

| Account | Ending Balance | YTD Div | Loans | Ending Balance | YTD Fin. Charge |
|---|---|---|---|---|---|
| Regular Savings | 0.02 | 0.01 | 2022 JEEP 1C4SJUBT7NS184594 | 75,504.45 | 1,117.54 |
| Total | $0.02 | $0.01 | Total | $75,504.45 | $1,117.54 |

** YTD Dividends listed in the Summary of Accounts are for the accounts listed only.  Accounts closed during this statement period are included on this statement and will not appear on future statements.

### Regular Savings xxxxxx2666

| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 03-01 | | Starting Balance | | | 30.01 |
| 03-24 | | Deposit Shared Branch 32605 HIGHWAY 43 THOMASVILLE   AL | 2,000.00 | | 2,030.01 |
| 03-24 | | Withdrawal Thomas Pmt from 303642666 SAV | | -2,030.00 | 0.01 |
| 03-31 | | Credit Interest | 0.01 | | 0.02 |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.01
The Annual Percentage Yield Earned for this account is 0.53%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 03-01-2023 | 0.750% |

### 2022 JEEP 1C4SJUBT7NS184594 xxxxxx2723

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 03-01 | | Previous Balance | | | | | 76,278.18 |
| 03-10 | | Late Charge Assessment | 52.42 | | | 52.42 | 76,278.18 |
| 03-11 | | Regular Payment All In CU ECM-LOAN PAY | -1,100.00 | 773.73 | 273.85 | 52.42 | 75,504.45 |

Payment Due on ~~03-28-2023~~    2,119.30
*(handwritten)* Pay on demand

Want your statement earlier?  View them online with e-statements!  Sign-up today at https://allincu.com

# Letter of instructions

May 24, 2023

This letter is for Brant Malone,

I, Thomas, Michael, am the agent acting on behalf of the principal, MICHAEL THOMAS. On behalf of the principal, I'm here to accept all titles, rights, interests and equity that's owed to the principal. I instruct the CFO of All in Credit Union, Brant Malone, to transfer the principal's balance to the principal's account number 303666682 each month for set off. I instruct Brant Malone to perform your fiduciary duties within the next five (5) business days. If you wish to not perform your fiduciary duties I instruct you to reply in writing giving your reason.

Michael Thomas/Agent

ALL IN CREDIT UNION
238 VIRGINIA AVE
DALEVILLE AL 36322-0008

Accept
For deposit

Please include your account
number on your check    *Pay on demand*

*Acct # 5424 0379 5004 7109*

| | |
|---|---|
| Account Number | XXXX-XXXX-XXXX-7109 |
| New Balance | $8,061.60 |
| Minimum Payment Due | $247.00 |

Payment Due Date
April

| | | | | | |
|---|---|---|---|---|---|
| | | | | 1 | |
| 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 16 | 17 | 18 | 19 | 20 | 21 |
| 23 | 24 | 25 | 26 | 27 | 28 |
| 30 | | | | | |

New address, phone number or email?
Clearly print your new info in block letters on the back.

*Pay to the bearer*

*eight thousand sixty one dollars 60/100*  Amount Enclosed $   8  0  6  1  6 (

MICHAEL J THOMAS
89 SANDPIT RD
PINE HILL AL 36769

*By: Thomas, Michael / agent*
*for MICHAEL THOMAS /*
*principal*

MASTERCARD PLATINUM
PO BOX 71050
CHARLOTTE NC 28272-1050

0002420000806160542403795004710900

Letter of instructions

Opportunity to cure

June 1, 2023

This letter is for Brant Malone,

I, Thomas, Michael, am the agent acting on behalf of the principal, MICHAEL THOMAS. On behalf of the principal, I'm here to accept all titles, rights, interests and equity that's owed to the principal. I instruct the CFO of All in Credit Union, Brant Malone, to transfer the principal's balance to the principal's account number 303666682 each month for set off. I instruct Brant Malone to perform your fiduciary duties within the next five (5) business days. If you wish to not perform your fiduciary duties, I instruct you to reply in writing giving your reason.

Michael Thomas/Agent

ALL IN CREDIT UNION
238 VIRGINIA AVE
DALEVILLE AL 36322-0008

*Accepted For deposit Pay on demand*

Please include your account
number on your check

| | Payment Due Date |
|---|---|
| | May |
| S M T W T F S |
| 1 2 3 4 5 6 |
| 7 8 9 10 11 12 13 |
| 14 15 16 17 18 19 20 |
| 21 22 23 24 25 26 27 |
| 28 29 30 31 |

Account Number    XXXX-XXXX-XXXX-7109

New Balance    $8,231.04

Minimum Payment Due    $489.00

*eight thousand two hundred thirty one dollars and 04/100*

☐ New address, phone number or e-mail?
Check the box to the left and print changes on back

**Amount Enclosed $** 8 2 3 1 0 4

MICHAEL J THOMAS
89 SANDPIT RD
PINE HILL AL 36769

MASTERCARD PLATINUM
PO BOX 71050
CHARLOTTE NC 28272-1050

7035
UPGR

*Payable to bearer*

00048900008231045424037950047109 4

*By: Thomas, Michael/nontirang*
*For: MICHAEL THOMAS/Principal*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 14th day of July 2023, filed the foregoing with the Clerk of the Court and that I have mailed by placing a copy of the same in the United States Mail, first-class postage and properly addressed to the following

Leonard N. Math

Chambless Math Carr, P.C.

Post Office Box 230517

Montgomery, AL 36123